*E-Filed 2/10/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

STEVE CRUMP,

    Petitioner,

v.

LINDA PEARSONS, et al.,

    Respondents.

No. C 13-5402 RS (PR)

**ORDER OF DISMISSAL**

This federal habeas corpus action, through which petitioner challenges his detention at Atascadero State Hospital, is DISMISSED as moot, petitioner having informed the Court that he has been transferred to San Quentin State Prison. (Docket No. 13.) Petitioner's application to proceed *in forma pauperis* (Docket No. 2) is GRANTED.

A certificate of appealability will not issue. Petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). The Clerk shall enter judgment in favor of respondents, and close the file.

**IT IS SO ORDERED**.

DATED: February 10, 2014

RICHARD SEEBORG
United States District Judge

No. C 13-5402 RS (PR)
ORDER OF DISMISSAL